UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-6174-GW(MRWx) | Date | September 30, 2016 |
|---|---|---|---|
| Title | *Live Eyewear, Inc. v. Q and A Marketing, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE RE SETTLEMENT**

On September 29, 2016, Plaintiff Live Eyewear, Inc. filed a Joint Notice of Settlement. The Court sets an Order to Show Cause re: Settlement Hearing for November 3, 2016 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on November 2, 2016.

All previously set deadlines and dates are vacated and taken off-calendar.

:

Initials of Preparer    JG